FILED

Nov 21 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALHAQQ,<br><br>        Defendant. | Case No. 21-cr-00424-HSG-1<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 7 |

Before the Court is Mr. Alhaqq's motion for early termination of supervised release. *See* Dkt. No. 7. The Court held a hearing on the motion on November 16, 2022. *See* Dkt. No. 11. Mr. Alhaqq then submitted supplemental materials in support of the motion, which the Court has reviewed. *See* Dkt. No. 12. For the reasons discussed on the record, and based on the totality of the evidence submitted, the Court in its discretion **GRANTS** the motion.

    **IT IS SO ORDERED.**

Dated: 11/21/2022

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge